IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00179-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PHILLIP ANTHONY VARNER,

        Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*.

The undersigned Judge finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require his recusal in this matter. The defendant in this matter was represented by Assistant Federal Public Defender Daniel G. Blythe in the underlying action. The undersigned was the Federal Public Defender for Wyoming and was responsible in a supervisory capacity for the defendant's representation in the underlying criminal case, in which all conditions of supervised release were imposed. Accordingly, it is hereby

ORDERED that the undersigned Judge recuses himself from hearing this matter. The Judge's file for this matter shall be returned to the Clerk's office for the case to be reassigned by random draw.

Dated this 9th day of May, 2013.

                                          BY THE COURT:

                                          Raymond P. Moore
                                          United States District Judge